UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| v. | ) | No. 1:05-cv-129 |
| | ) | *Edgar / Lee* |
| BACK TO HEALTH CHIROPRACTIC, | ) | |
| | ) | |
| *Respondent.* | ) | |

*-and-*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| v. | ) | No. 1:05-cv-130 |
| | ) | *Edgar / Lee* |
| DONALD R. SHELBY, | ) | |
| | ) | |
| *Respondent.* | ) | |

**ORDER**

For the reasons set forth in the memorandum filed herewith, the Court hereby **ACCEPTS**

**and ADOPTS** the report and recommendation filed by the United States Magistrate Judge pursuant

to 28 U.S.C. § 636(b)(1)(B).  It is hereby **ORDERED** that:

(1)    In case No. 1:05-cv-129, the Petition to Enforce Internal Revenue Service Summons

is **GRANTED**.  Back to Health Chiropractic, or its representative, Donald R. Shelby, **SHALL**

**PRODUCE** on or before **December 1, 2005**, any and all documents that exist which are specified

in the Internal Revenue Service Summons to Internal Revenue Agent Thad Colvard at 5740 Uptain

Road, Suite 7800, Chattanooga, Tennessee 37411; and

-1-

(2)    In case No. 1:05-cv-130, the Petition to Enforce Internal Revenue Service Summons

is **DENIED**.

Since any costs awarded to a party in one of these cases would be offset by costs awarded

to the other party in the other case, no costs are assessed.  Each party shall bear their own costs.

SO ORDERED.

ENTER this *1st day of November, 2005*.


                                         /s/  R. Allan Edgar
                                        R. ALLAN EDGAR
                                UNITED STATES DISTRICT JUDGE